# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                     ltrust@osbornlawpc.com

> The request is GRANTED and the briefing schedule is ADOPTED.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> March 3, 2026

March 2, 2026

**VIA ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *Bonaparte v. Commissioner of Social Security*
>         Civil Action No. 1:25-cv-06180-MKV-JW

Dear Judge Willis,

We write on behalf of plaintiff, Shaun Bonaparte, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on March 13, 2026 per the Court's August 6, 2025 Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines and a scheduled vacation over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Defendant served the Administrative Transcript via hard copy on **December 15, 2025,** and filed same on **February 11, 2026**;

b. Plaintiff served the written settlement proposal on **January 14, 2026**;

c. The parties filed a joint letter advising the Court that they were unable to resolve the case on **February 11, 2026**;

d. Plaintiff to file his motion for judgment on the pleadings on or before **June 11, 2026**;

43 West 43rd Street, Suite 131          Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036               Facsimile 212-500-5115       info@osbornlawpc.com

Honorable Jennifer E. Willis
March 2, 2026
Page Two

     e.  Defendant to file its response/cross-motion on or before **September 9, 2026**; and

     f.  Plaintiff to file his reply (if any) on or before **September 23, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:   212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)